ELIZABETH G. ELLER, Respondent, v. WILLIAM J. ELLER, Appellant.— 

Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.